# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL E. SULLIVAN, III, | ) |
| Plaintiff, | ) |
| vs. | ) C.A. No.: 1:15-cv-13149 |
| INGE G. THULIN<br>Chairman of the Board, President<br>And Chief Executive Officer 3M<br>COMPANY and 3M ELECTRONIC<br>MONITORING, et al., | ) |
| Defendants. | ) |

## ANSWER AND JURY DEMAND OF DEFENDANT
## 3M COMPANY TO THE PLAINTIFF'S COMPLAINT

Defendant 3M Company (hereinafter referred to as "3M") hereby responds to the Complaint of the plaintiff, Daniel E. Sullivan, III (hereinafter referred to as the "Plaintiff") as follows:

### PARTIES

1. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

2. Admitted.

### INTRODUCTION

1. 3M states that this paragraph contains a legal conclusion for which no response is necessary, however, to the extent that a response is required, 3M denies the allegations contained in this paragraph.

### JURISDICTION

1. 3M states that this paragraph contains a legal conclusion for which no response is necessary, however, to the extent that a response is required, 3M denies the allegations contained in this paragraph.

## BACKGROUND FACTS

1. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

2. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

3. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

4. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

5. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

6. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

7. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

8. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

9. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

10. 3M lacks knowledge or information sufficient to either admit or deny the

allegation contained in this paragraph.

11. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

12. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

13. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

14. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

15. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

16. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

17. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

18. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

19. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

20. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

## FACTS

1. 3M lacks knowledge or information sufficient to either admit or deny the

allegation contained in this paragraph.

2. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

3. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

4. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

5. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

6. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

7. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

8. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

9. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

10. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

11. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

12. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

13. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

14. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

15. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

16. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

17. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

18. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

19. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

20. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

21. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

22. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

23. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

24. 3M lacks knowledge or information sufficient to either admit or deny the

allegation contained in this paragraph.

25. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

26. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

27. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

28. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

29. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

30. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

31. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

32. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

33. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

34. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

35. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

36. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

37. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

38. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

39. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

40. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

41. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

42. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

43. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

44. 3M lacks knowledge or information sufficient to either admit or deny the allegation contained in this paragraph.

45. 3M states that this paragraph contains a legal conclusion for which no response is necessary, however, to the extent that a response is required, 3M denies the allegations contained in this paragraph.

46. 3M states that this paragraph contains a legal conclusion for which no response is necessary, however, to the extent that a response is required, 3M denies the allegations contained

in this paragraph.

## FACTS DISCOVERABLE IN DISCOVERY PHASE

1.  3M states that no response is necessary to the statements made in this paragraph. To the extent that this paragraph is construed to require a responsive pleading by 3M, 3M lacks knowledge or information sufficient to either admit or deny the allegations.

2.  3M states that no response is necessary to the statements made in this paragraph. To the extent that this paragraph is construed to require a responsive pleading by 3M, 3M lacks knowledge or information sufficient to either admit or deny the allegations.

3.  3M states that no response is necessary to the statements made in this paragraph. To the extent that this paragraph is construed to require a responsive pleading by 3M, 3M lacks knowledge or information sufficient to either admit or deny the allegations.

4.  3M states that no response is necessary to the statements made in this paragraph. To the extent that this paragraph is construed to require a responsive pleading by 3M, 3M lacks knowledge or information sufficient to either admit or deny the allegations.

5.  3M states that no response is necessary to the statements made in this paragraph. To the extent that this paragraph is construed to require a responsive pleading by 3M, 3M lacks knowledge or information sufficient to either admit or deny the allegations.

## COUNT I

### Product Liability

1.  3M restates and incorporates herein its answers to the previous paragraphs of the Plaintiff's Complaint.

2.  3M denies the allegations contained in this paragraph.

3.  3M states that this paragraph is incomprehensible as drafted. 3M is unable to

admit or deny the allegations in this paragraph as drafted.

4. 3M is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. To the extent a response is required 3M denies the allegation in this paragraph.

5. 3M states that this paragraph contains a legal conclusion for which no response is necessary, however, to the extent that a response is required, 3M denies the allegations contained in this paragraph.

6. 3M is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. To the extent a response is required 3M denies the allegation in this paragraph.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

## COUNT II

### Negligence

1. 3M restates and incorporates herein its answers to the previous paragraphs of the Plaintiff's Complaint.

2. 3M states that this paragraph states a conclusion of law to which no responsive pleading is required. To the extent that this paragraph contains allegations of fact against 3M, they are denied.

3. 3M states that this paragraph is incomprehensible as drafted. 3M is unable to

9

admit or deny the allegations in this paragraph as drafted.

4. 3M states that this paragraph states a conclusion of law to which no responsive pleading is required. To the extent that this paragraph contains allegations of fact against 3M, they are denied.

5. Denied.

## COUNT III

### Chapter 93A

1. 3M restates and incorporates herein its answers to the previous paragraphs of the Plaintiff's Complaint.

2. 3M states that this paragraph states a conclusion of law to which no responsive pleading is required. To the extent that this paragraph contains allegations of fact against 3M, they are denied.

3. 3M is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. To the extent a response is required 3M denies the allegation in this paragraph.

4. Denied.

5. 3M is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. To the extent a response is required 3M denies the allegation in this paragraph.

6. Denied.

7. Denied.

## COUNT IV

### Misrepresentation

1. 3M restates and incorporates herein its answers to the previous paragraphs of the Plaintiff's Complaint.

2. 3M states that this paragraph states a conclusion of law to which no responsive pleading is required. To the extent that this paragraph contains allegations of fact against 3M, they are denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. 3M is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. To the extent a response is required 3M denies the allegation in this paragraph.

8. 3M states that this paragraph states a conclusion of law to which no responsive pleading is required. To the extent that this paragraph contains allegations of fact against 3M, they are denied.

The Defendant, 3M denies that the Plaintiff is entitled to the damages claimed.

## **AFFIRMATIVE DEFENSES**

### **FIRST DEFENSE**

3M denies each and every material allegation of the Complaint except as specifically admitted.

11

## SECOND DEFENSE

3M denies that the Plaintiff is entitled to the damages claimed or to the relief demanded.

## THIRD DEFENSE

Each purported cause of action of the Plaintiff's complaint is barred by the applicable statute of limitation including, but not limited to, the provisions of M.G.L.A. 260 §2A.

## FOURTH DEFENSE

3M states that the Plaintiff's claims are barred by the doctrine of unclean hands.

## FIFTH DEFENSE

The Plaintiff's Complaint fails to state a claim for which relief can be granted against 3M.

## SIXTH DEFENSE

The Complaint is barred, in whole or in part, for failure to join one or more indispensable parties.

## SEVENTH DEFENSE

The alleged injuries, damages, or losses, if any, complained of by the Plaintiff herein was caused in whole or in part by the acts or omissions of third parties over whom 3M has no authority or control, including without limitation, misuse of the subject product by such third parties.

## EIGHTH DEFENSE

The Plaintiff's own negligence contributed to the Plaintiff's alleged injuries and damages. As a result, the Plaintiff's right to recover damages is barred or proportionately reduced.

### NINTH DEFENSE

The alleged injuries and damages complained of by the Plaintiff herein were caused in whole or part by the negligence of the Plaintiff or his servants or agents, such that they are guilty of contributory negligence.

### TENTH DEFENSE

Each purported cause of action of the Plaintiff's Complaint is barred because the injuries, damages, and losses, if any, complained of by the Plaintiff herein were the result of an independent, unforeseeable, superseding, and/or intervening cause.

### ELEVENTH DEFENSE

Each purported cause of action in Plaintiff's Complaint is barred by the equitable doctrines of laches and estoppel.

### TWELFTH DEFENSE

3M denies that any product manufactured or sold by 3M caused any injury to the Plaintiff.

### THIRTEENTH DEFENSE

If the Plaintiff was injured by any product manufactured or sold, or distributed by 3M, those injuries occurred because the product was used for a purpose or in a manner other than that for which it was intended to be used, and in disregard of instructions and directions regarding its use. Such misuse was not reasonably foreseeable by 3M.

### FOURTEENTH DEFENSE

The complaint and each and every purported cause of action asserted against 3M, is barred, in whole or in part, because 3M complied with all applicable product safety statutes

and/or administrative regulations falling within the Restatement Third of Torts: Product Liability §4 and comments thereto.

### FIFTEENTH DEFENSE

3M states that at no time did it enter into any contracts with the Plaintiff and denies that privity of contract existed between the Plaintiff and defendant.

### SIXTEENTH DEFENSE

3M gave no warranties, express or implied, to the Plaintiff or to anyone acting on his behalf.

### SEVENTEENTH DEFENSE

3M states that if there were express or implied warranties as alleged in the Complaint (allegations which the defendant specifically denies) the Plaintiff was not within the scope of any such alleged warranties because he was not a purchaser, and no sale to the Plaintiff ever occurred of any product sold or distributed by the defendant.

### EIGHTEENTH DEFENSE

3M states that if any of its agents or servants made any express warranties (allegations which the defendant specifically denies), then the agents or servants of 3M did so without authority, express or implied.

### NINETEENTH DEFENSE

3M states that if 3M, its agents or servants made any warranties, express or implied (allegations which the defendant specifically denies), then 3M denies that it breached any of the warranties.

### TWENTIETH DEFENSE

3M states that the Plaintiff was not the third party beneficiary with reference to any alleged warranties, either express or implied, and therefore, the Plaintiff cannot recover in this action.

### TWENTY-FIRST DEFENSE

3M states that if it, or its agents or servants made any express warranties (allegations which 3M specifically denies), then the Plaintiff did not rely on express warranties, and further there was no such reliance by any person or entity authorized to represent the Plaintiff.

### TWENTY-SECOND DEFENSE

3M asserts that the Plaintiff is not entitled to any damages in connection with his claims; however, if any award is made to Plaintiff, 3M is entitled to an offset of payment that Plaintiff has received.

### TWENTY-THIRD DEFENSE

3M states that it is not liable for Plaintiff's alleged injuries, if any, because of the Doctrine of Sophisticated User/Purchaser.

### TWENTY-FOURTH DEFENSE

The Plaintiff's alleged injuries were the result of preexisting or subsequent conditions unrelated to any product manufactured by 3M.

### TWENTY-FIFTH DEFENSE

The Complaint and each and every purported cause of action asserted against 3M, is barred, in whole or in part, because at all times relevant hereto, to the extent required, 3M provided adequate warnings.

### TWENTY-SIXTH DEFENSE

The injuries of which the Plaintiff complains were due solely to causes not connected with any products allegedly manufactured, sold, or distributed by 3M.

### TWENTY-SEVENTH DEFENSE

Any injuries or damages sustained by the Plaintiff were caused or contributed to by modifications or alterations of the product allegedly manufactured by 3M after the product left its care, custody, and control.

### TWENTY-EIGHTH DEFENSE

3M states that at all times and places mentioned in the Complaint, the Plaintiff and/or other persons without 3M's knowledge and approval redesigned, modified, altered and used this defendant's products contrary to instructions and contrary to the custom and practice of the industry. This redesign, modification, alteration, or other such treatment or change is not from any act or omission by this defendant. Therefore, said defect, if any, was created by the Plaintiff and/or other persons, as the case may be, and was the direct and proximate cause of the injuries and damages, if any, that the Plaintiff allegedly suffered.

### TWENTY-NINTH DEFENSE

The subject products conformed to the state of the art when it was designed, manufactured, and distributed.

### THIRTIETH DEFENSE

The Plaintiff is precluded from seeking recovery in this action pursuant to the doctrine of spoliation of evidence.

### THIRTY-FIRST DEFENSE

Each purported cause of action of Plaintiff's Second Amended Complaint is barred by the applicable statute of repose including, but not limited to, the provisions of M.G.L.A. 260 § 2B.

### THIRTY-SECOND DEFENSE

3M alleges that Plaintiff's claims against 3M are barred to the extent Plaintiff assumed the risk of any injuries or damages alleged in the Second Amended Complaint.

### THIRTY-THIRD DEFENSE

3M reserves the right to amend its answer, if same become appropriate, after full investigation and discovery.

### THIRTY-FOURTH DEFENSE

3M states that the injuries or damages alleged were caused in whole or in part by the violation of Plaintiff or his servants or agents, or employer of the various statutes, ordinances and regulations governing the conduct of the parties at the time said injuries or damage was sustained.

### THIRTY-FIFTH DEFENSE

The Plaintiff's purported claims under G.L. C. 93A should be dismissed for failure to serve a proper demand pursuant to G.L. c. 93A, § 2.

### THIRTY-SIXTH DEFENSE

The Plaintiff's purported claims under G.L. C. 93A should be dismissed as 3M's conduct, if any, did not occur primarily and substantially within the Commonwealth.

## THIRTY-SEVENTH DEFENSE

3M specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during discovery proceedings of this case, and hereby reserves the right to assert any such defenses.

## JURY DEMAND

The defendant 3M Company demands a trial by jury.

> Respectfully Submitted,
> 3M Company
> By its attorneys,
>
> /s/ April M. Luna
> April M. Luna, BBO #662408
> MANION GAYNOR & MANNING LLP
> 21 Custom House Street
> Boston, MA 02110
> Phone: (617) 670-8800
> Facsimile: (617) 670-8801
> aluna@mgmlaw.com

Dated: September 9, 2015

## CERTIFICATE OF SERVICE

I, April M. Luna, attorney for Defendant, 3M Company hereby certify that a true and accurate copy of the above, was filed electronically on the Courts CM/ECF system on September 9, 2015. Notice of this filing will be sent to all counsel of record via the Court's ECF system and First Class Mail.

> /s/ April M. Luna
> April M. Luna

1345309_v1